**KOFFSKY SCHWALB**LLC

Efrem Schwalb
eschwalb@koffskyschwalb.com

349 Fifth Avenue, Suite 733
New York, New York 10016
T: 646.553.1590
F: 646.553.1591
www.koffskyschwalb.com

August 10, 2016

**BY ECF**
The Honorable Katherine B. Forrest
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Salzman v. Sher*, Case No. 16-cv-03790 (KBF)

Dear Judge Forrest:

      We previously appeared on behalf of defendant Neal Sher in this action. In accordance with Local Rule 1.4 and Rule 6 of the Court's Individual Rules of Practice, attached is a Stipulation pursuant to which Mr. Sher, who is an attorney, has elected to represent himself *pro se* in place of Koffsky Schwalb LLC. We respectfully request that the Court so order the Stipulation.

      Respectfully Submitted,

      */s/ Efrem Schwalb*

      Efrem Schwalb

Enc.
cc:    All Counsel of Record (By ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGG SALZMAN; and AVI ELISHIS,

       Plaintiffs,

-against-

NEAL SHER; MICHAEL ENGELBERG; and THE AMERICAN CENTER FOR CIVIL JUSTICE, f/k/a THE RAUL WALLENBERG CENTER FOR CIVIL JUSTICE,

       Defendants.

---

16-cv-3790 (KBF)

STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT NEAL SHER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that Neal M. Sher, Esq. shall represent himself *pro se* in the above captioned action and is hereby substituted in place and in the stead of the law firm Koffsky Schwalb, LLC as counsel of record for defendant Neal Sher.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

Dated: New York, New York
   August 8, 2016

NEAL M. SHER, ESQ.

By: _____Neal M Sher_____
Neal M. Sher, Esq.
551 Fifth Avenue, 31st Floor
New York, New York 10176
Tel.: (347) 306-2860
Email: nealsher@gmail.com
*Incoming Counsel for Defendant Neal Sher*

_____Neal M Sher_____
Neal Sher

KOFFSKY SCHWALB LLC

By: _____Efrem Schwalb_____
Efrem Schwalb
349 Fifth Avenue, Suite 733
New York, New York 10016
Tel.: (646) 553-1590
Email: eschwalb@koffskyschwalb.com
*Outgoing Counsel for Defendant Neal Sher*

SO ORDERED

_____KBF_____
The Honorable Katherine B. Forrest
United States District Judge

8/11/16